AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
JOSI KENNON SWONETZ (BAR NO. 260575)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: awintersheimer@allenmatkins.com
        jswonetz@allenmatkins.com

Attorneys for Defendant and Counterclaimant
STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DUARTE, an individual,<br><br>    Plaintiff,<br>vs.<br><br>STRYKER SALES CORPORATION, a Michigan corporation registered and conducting business in California, and DOES 1 through 10 inclusive,<br><br>    Defendants.<br><br>STRYKER SALES CORPORATION,<br><br>    Counterclaimant,<br>vs.<br><br>CARLOS DUARTE,<br><br>    Counterdefendant. | Case No. 2:16-cv-00037-SJO (AFMx)<br><br>**JUDGMENT**<br><br>Ctrm:    Courtroom 10C<br>           Los Angeles – 1st Street<br>Judge:   Hon. S. James Otero |

# JUDGMENT

The Court, having considered the Motion for Summary Judgment ("Motion") filed on February 17, 2017, by Defendant and Counterclaimant Stryker Sales Corporation ("Stryker"), all papers in support and in opposition thereto, and good cause appearing therefor as explained in the reasons set forth in the Order Granting Defendant's Motion for Summary Judgment entered on April 21, 2017 (Dkt. No. 51), hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. Stryker's Motion is granted in its entirety;

2. Judgment is entered in favor of Stryker and against Plaintiff and Counterdefendant Carlos Duarte ("Duarte") as to each of Duarte's causes of action against Stryker;

3. Duarte's First Amended Complaint is dismissed on the merits with prejudice;

4. That Duarte take nothing, and that Stryker recover its costs of suit incurred herein as to Duarte's claims against it; and

5. That the Court declines to exercise supplemental jurisdiction as to Stryker's counterclaim against Duarte, which is thereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 28, 2017

*S. James Otero*

Hon. S. James Otero
Judge, United States District Court